UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES WILLIAMS, | 4:16-cv-05043-SAB |
| Plaintiff, | **ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO PAY FILING FEE** |
| v. | |
| PA PHILIPS, DR. REYES, DR. SMITH and PA JEN AMBROSE, | |
| Defendants. | |

By Order filed July 13, 2016, the Court directed Plaintiff James Williams, a prisoner at the Washington State Penitentiary, to show cause why he should not be denied leave to proceed *in forma pauperis*. Plaintiff has filed nothing further in this action.

Plaintiff has not refuted the Court's finding that he is precluded from proceeding without prepayment of the filing fee under 28 U.S.C. § 1915(g), or that he has failed to present any facts to excuse the preclusive effects of this statutory

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO PAY FILING FEE -- 1**

provision. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007) (discussing imminent danger exception to three-strikes rule).

Therefore, **IT IS ORDERED THAT:**

1. Plaintiff's application to proceed *in forma pauperis* is **DENIED.**

2. Although granted the opportunity to do so, Plaintiff did not pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action. Therefore, this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 17th day of August, 2016.



Stanley A. Bastian
United States District Judge

**ORDER DENYING LEAVE TO PROCEED** *IN FORMA PAUPERIS* **AND DISMISSING ACTION FOR FAILURE TO PAY FILING FEE -- 2**